IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TERESA ANN CHAPMAN | § § | |
| vs. | § § | CASE NO. 6:21cv206-JCB |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § § | |

**ORDER DIRECTING FILING OF BRIEFS**

Plaintiff filed this lawsuit seeking judicial review of a decision rendered by the Commissioner. An Answer having been filed by the Commissioner, it is hereby

**ORDERED** that counsel for the parties, or the parties if proceeding *pro se*, submit **BRIEFS** in accordance with the following requirements:

(1) Within 45 days from the date of receipt of this Order, Plaintiff shall file a brief setting forth all errors which Plaintiff contends entitle her to relief. The brief shall contain the following sections in order:

   (a) A statement of the exact issues presented for review, set forth in separate numbered paragraphs.

   (b) A statement of the case. This statement should indicate briefly the course of the proceeding and its disposition at the administrative level and should set forth a general statement of the facts. This statement of the facts shall include Plaintiff's age, education and work experience; an outline of the medical evidence; and a brief summary of other evidence of record. Each statement of fact shall be supported by reference to the page in the record where the evidence may be found.

   (c) An argument. The argument may be preceded by a summary. The argument shall be divided into sections separately treating each issue and must set forth the contentions of Plaintiff with respect to the issues presented and reasons therefor. Each contention must be supported by specific reference to the portion of the record relied upon and by citations to statutes, regulations and cases supporting Plaintiff's position. Cases from other districts and circuits should be cited only in conjunction with relevant cases from this jurisdiction or when authority on point from this jurisdiction does not exist. Citations to unreported district court opinions must be accompanied by a copy of the opinion. If Plaintiff has moved for remand to the

      Secretary for further proceedings, the argument in support thereof must set forth good cause for remand.  Furthermore, if the remand is for the purpose of taking additional evidence, such evidence must be attached to the brief, or, if such evidence is in the form of a consultative examination sought at government expense, Plaintiff must make a proffer of the nature of the evidence anticipated to be obtained.

    (d) A short conclusion stating the relief sought.  The issues before the Court are limited to the exact issues properly raised in the briefs.

    (e) Each page should be numbered.

(2) Within 45 days after service of Plaintiff's brief, the Commissioner shall file a brief that responds specifically to each issue raised by Plaintiff.  The Commissioner's brief shall conform to the requirements set forth above for Plaintiff's brief, except that a statement of the issues and a statement of the case need not be made unless the Commissioner is dissatisfied with Plaintiff's statement thereof.

(3) Plaintiff may serve and file a brief in reply to the brief of the Commissioner within 10 days of service of the Commissioner's brief.

The issues before this Court will be limited to the exact issues raised in the briefs.

So ORDERED and SIGNED this 19th day of November, 2021.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE